UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYSTIC FIBROSIS PHARMACY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16-CV-1167 (CEJ) |
| ) | |
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Because plaintiff has filed a first amended complaint,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss the original complaint [Doc. #32] is **moot.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2016.