UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYSTIC FIBROSIS PHARMACY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16-CV-01167-HEA |
| EXPRESS SCRIPTS, INC., | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

Express Scripts, Inc. ("Express Scripts") and Cystic Fibrosis Pharmacy, Inc. ("CF Pharmacy") hereby plead, stipulate, consent, and agree to this Consent Judgment to be entered on the Counterclaims asserted by Express Scripts against CF Pharmacy (Doc. # 60), as follows:

1. Judgment is entered in favor of Express Scripts and against CF Pharmacy in the principal amount of Two Hundred Fifty Three Thousand Dollars ($253,000.00).

2. Express Scripts and CF Pharmacy have entered into a promissory note related to this judgment. CF Pharmacy's satisfaction of the payment obligations set forth in the promissory note will satisfy this judgment. If CF Pharmacy fails to meet any of its obligations under the promissory note, Express Scripts shall be entitled to

   a. immediate collection of the principal amount of this judgment,

   b. interest in the amount of 9 percent per annum, the calculation of such interest to begin from February 14, 2018,

   c. all costs incurred in this action,

   d. all attorneys' fees and costs required to enforce and collect all unpaid amounts.

SLC-8596266-1

3. The parties hereby waive their right to trial by jury as it relates to any enforcement of this judgment, and waive their right to appeal from this Consent Judgment. They further consent to the issuance without notice of any orders, executions, garnishments, liens, and any and all other manners to enforce this Consent Judgment.

4. The failure of Express Scripts to strictly enforce the terms hereof shall not waive any of Express Scripts' rights herein.

| | |
|---|---|
| FISHERBROYLES LLP | HUSCH BLACKWELL LLP |
| /s/ Anthony J. Calamunci<br>Anthony J. Calamunci (admitted *pro hac vice*)<br>6800 W. Central Ave., Suite E<br>Toledo, OH 43617<br>Telephone: 419-214-1050<br>Facsimile: 419-251-7797<br>Anthony.calamunci@fisherbroyles.com | /s/ Sarah C. Hellmann<br>Christopher A. Smith, #53266MO<br>Sarah C. Hellmann, #50373MO<br>Matthew D. Knepper, #61731MO<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>Telephone: 314- 480-1500<br>chris.smith@huschblackwell.com<br>sarah.hellmann@huschblackwell.com<br>matt.knepper@huschblackwell.com |
| D.H. SANDERS LLC<br>Donald H. Sanders, III, #66195<br>8011 Clayton Road, Third Floor<br>St. Louis, MO 63117<br>Telephone: 314-727-7100<br>Facsimile: 314-727-4762<br>sanders@dhslawfirm.com | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |

IT IS SO ORDERED.

_____
HONORABLE JUDGE AUTREY

April 17, 2018
Date

SLC-8596266-1